# Order

Michigan Supreme Court
Lansing, Michigan

January 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152444

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 152444
                                                     COA: 319856
                                                     Genesee CC: 12-031984-FC
LADORA CHANTELL SNELL,
        Defendant-Appellant.
_____/

By order of May 2, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the August 20, 2015 judgment of the Court of Appeals. On order of the Court, the answer having been received, the amended application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

d0117